**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

Dagoberto **GONZALES–CANO**, also known as Dagoberto Gonzalez–Cano, also known as Jose Martinez–Arias, Defendant–Appellant.

No. 14–40705
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

March 27, 2015.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Scott Andrew Martin, Assistant Federal Public Defender, H. Michael Sokolow, Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before PRADO, OWEN, and GRAVES, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Dagoberto Gonzales–Cano has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Gonzales–Cano has not filed a response.

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.